The People of the State of Illinois ex rel. Marie Siegerdt, defendant in error, v. Flossie Davey and Robert Davey, plaintiffs in error. Gen. No. 24,543.

Habeas corpus proceeding to recover possession of child. Judgment for plaintiff. Error to the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed June 16, 1919. Dever, P. J., dissenting.

Dimmitt C. Hutchins and Cruice & Langille, for plaintiffs in error. Shepard, McCormick, Kirkland, Patterson & Fleming, for defendant in error; Perry S. Patterson, of counsel.

Mr. Justice Holdom delivered the opinion of the court.

---

C. A. Walther, defendant in error, v. Chicago Engineering & Machine Works, plaintiff in error. Gen. No. 24,901.

Confession of judgment under power of attorney. Refusal to set aside judgment and permit plea and trial on merits. Error to the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in this court at the March term, 1919. Reversed and remanded with directions. Opinion filed June 16, 1919.

Russell G. Watters and Fred B. Silsbee, for plaintiff in error; Fred B. Silsbee, of counsel. Gordon Berg, for defendant in error.

Mr. Justice Holdom delivered the opinion of the court.

---

Robert Stevenson & Company, appellant, v. William H. Dwyer, appellee. Gen. No. 24,916.

Insufficient abstract of record. Appeal from the Municipal Court of Chicago; the Hon. F. J. Campbell, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed June 16, 1919.

Byron W. Wight, for appellant. No appearance for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

George J. Cooke Company, appellee, v. Goodrich Transit Company, appellant. Gen. No. 24,932.

Action to recover damages for negligence in shipment of freight. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John R. Caverly, Judge, presiding. Heard in this court at the March term, 1919. Reversed with finding of fact. Opinion filed June 16, 1919.

Winston, Strawn & Shaw, for appellant; Frank H. Towner, of counsel. Charles Daniels, for appellee; Claude J. Dalenberg, of counsel.

Mr. Justice Holdom delivered the opinion of the court.